UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOHNNY M. STREET,

Defendant.

Case: 1:26-cr-20564
Judge: Lawson, David M.
MJ: Morris, Patricia T.
Filed: 08-26-2026

Violations:
18 U.S.C. §§ 922(g) and 924(e)(1)
21 U.S.C. § 841(a)
18 U.S.C. § 924(c)

# INDICTMENT

**THE GRAND JURY CHARGES:**

## COUNT ONE
**Felon in Possession of a Firearm**
**18 U.S.C. §§ 922(g)(1) and 924(e)(1)**

On or about June 11, 2026, in the Eastern District of Michigan, Johnny M. Street, knowing that he had been previously convicted of an offense punishable by a term of imprisonment exceeding one year, knowingly possessed, in and affecting commerce, a firearm, that is, an AA Arms, Model AP9, 9mm caliber, semi-automatic pistol; a Taurus, Model G2C, .22 caliber, semi-automatic pistol; a Mossberg, Model 715T, .22 long rifle caliber, semi-automatic rifle; a Mossberg, Model 715T, .22 long rifle caliber, semi-automatic rifle; an Armi F Illi Tanfoglio, Model TA 76, .22 caliber revolver; and a Heritage Arms, Model Rough Rider, .22 caliber revolver, in violation of Title 18, United States Code, Section 922(g)(1).

It is further alleged that the defendant, Johnny M. Street, having at least three previous convictions for a violent felony or a serious drug offense, committed on occasions different from one another, is subject to penalties provided under Title 18, United States Code, Section 924(e)(1).

**COUNT TWO**
**Possession with Intent to Distribute Cocaine**
**21 U.S.C. § 841(a)(1)**

On or about June 11, 2026, in the Eastern District of Michigan, Johnny M. Street knowingly and intentionally possessed with intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1).

**COUNT THREE**
**Possession of a Firearm in Furtherance of a Drug Trafficking Crime**
**18 U.S.C. § 924(c)**

On or about June 11, 2026, in the Eastern District of Michigan, Johnny M. Street knowingly possessed a firearm, that is, an AA Arms, Model AP9, 9mm caliber, semi-automatic pistol; a Taurus, Model G2C, .22 caliber, semi-automatic pistol; a Mossberg, Model 715T, .22 long rifle caliber, semi-automatic rifle; a Mossberg, Model 715T, .22 long rifle caliber, semi-automatic rifle; an Armi F Illi Tanfoglio, Model TA 76, .22 caliber revolver; and a Heritage Arms, Model Rough Rider, .22 caliber revolver, in furtherance of a drug trafficking crime for which he

may be prosecuted in a court of the United States, that is, possession with intent to distribute cocaine, in violation of Title 18, United States Code, Section 924(c)(1)(A).

## **FORFEITURE ALLEGATION**

The allegations contained in Counts One through Three of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1).

Upon conviction of an offense charged in Count One through Count Three of this Indictment, Johnny M. Street shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), any firearm or ammunition involved in said offense including but not limited to a firearm, that is, an AA Arms, Model AP9, 9mm caliber, semi-automatic pistol, bearing serial number 026301; a Taurus, Model G2C, .22 caliber, semi-automatic pistol, bearing serial number ABH800730; a Mossberg, Model 715T, .22 long rifle caliber, semi-automatic rifle, bearing serial number ELJ3518078; a Mossberg, Model 715T, .22 long rifle caliber, semi-automatic rifle, bearing serial number LK3560300; a Armi F Illi Tanfoglio, Model TA 76, .22 caliber revolver, bearing serial number B46038; a Heritage Arms, Model Rough Rider, .22 caliber revolver, bearing serial number 132099; 24 rounds of .357 magnum ammunition; and 30 rounds of 9mm caliber ammunition.

Dated: August 26, 2026

THIS IS A TRUE BILL

*s/Grand Jury Foreperson*
GRAND JURY FOREPERSON

JEROME F. GORGON JR.
United States Attorney

*s/Anthony P. Vance*
ANTHONY P. VANCE
Assistant United States Attorney
Chief, Branch Offices
600 Church Street
Michigan 48502-1280
Phone: (810) 766-5177
anthony.vance@usdoj.gov
P61148

*s/William Orr*
WILLIAM ORR
Assistant United States Attorney
101 First Street, Suite 200
Bay City, Michigan 48708-5747Flint,
Phone: (989) 895-5712
william.orr@usdoj.gov
Texas Bar No: 24102308

**Companion Case information MUST be completed by AUSA and initialed**

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number |
|---|---|---|

**NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.**

## Companion Case Information

This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]:

☐ **Yes** x **No**

Case: 1:26-cr-20564
Judge: Lawson, David M.
MJ: Morris, Patricia T.
Filed: 08-26-2026

**Case Title:** USA v. Johnny M. Street

**County where offense occurred:** Bay

**Check One:** X **Felony** __ **Misdemeanor** __ **Petty**

__X__Indictment/___Information --- **no** prior complaint.
______Indictment/___Information --- based upon prior complaint []
______Indictment/___Information --- based upon **LCrR 57.10 (d)** ***[Complete Superseding section below]***.

## Superseding Case Information

**Superseding to Case No:** ______________________ **Judge:** ______________________

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| Defendant name | Charges | Prior Complaint (if applicable) |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

Date: August 24, 2026

s/William Orr
Willliam Orr
Assistant United States Attorney
101 First Street, Suite 200, Bay City, MI 48708
Phone: 989-895-5712
Fax: 989-895-5790
E-Mail address: William.Orr@usdoj.gov
Attorney Bar #: Texas 24102308

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.